# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:04-MC-51

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **JONATHAN KEITH IDEMA,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon the Defendant's Motion to Quash Subpoenas [file doc. 1], and the Government's Withdrawal of Subpoena Issued to Bank of America [file doc. 2]. In its Withdrawal, the Government explains that the matter in the Eastern District of North Carolina has been paid in full and that case closed, making all matters relating to this subpoena moot. Accordingly, the Court will **deny** the Defendant's Motion to Quash as moot and direct the Clerk to close this case in the Western District of North Carolina.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Quash Subpoenas [file doc. 1] is **DENIED**. As no other matters remain to be decided in this action, the Clerk is directed to **CLOSE** this case in the Western District of North Carolina.

**Signed: July 25, 2005**

Graham C. Mullen
Chief United States District Judge